Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

Matthew A. Pare, SBN 258434
LAW OFFICE OF MATTHEW PARE, APC
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

Tel: 619-869-4999
Fax:  619-754-4581
mattparelawca@gmail.com

Attorneys for Defendant
Melva A. Gamez Urias a/k/a Melva A. Gamez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:14-cv-03941-SC |
| Plaintiff, | |
| v. | ORDER (~~Proposed~~) |
| MELVA A. GAMEZ URIAS a/k/a MELVA A. GAMEZ, | |
| Defendant. | |

<u>ORDER</u> (Proposed)

It is hereby ordered that the Further Case Management Conference in civil action number 3:14-cv-03941-SC styled *J & J Sports Productions, Inc. v. Urias,* is hereby continued from 10:00 AM, Friday, March 6, 2015 to  Friday, April 17, 2015, at 10:00 a.m.

.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:


Dated: _02/27/2015_

**THE HONORABLE SAMUEL CONTI**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

ORDER (Proposed)
CASE NO. 3:14-cv-03941-SC