UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MELVA A. GAMEZ URIAS A/K/A MELVA A. GAMEZ, individually and d/b/a EL MEXICANO BAR, <br><br> Defendant. | Case No.: 3:14-cv-03941-SC <br><br> [proposed] **ORDER TO CONTINUE AND RESCHEDULE THE CASE MANAGEMENT CONFERENCE TO MAY 1, 2015** |

It is hereby ordered that the case management conference in civil action number 3:14-cv-03941-SC, J & J Sports Productions, Inc. vs. Urias, is hereby continued from Friday, April 17, 2015, at 10:00 a.m. to Friday, May 1, 2015, at 10:00 a.m.

It is so ordered.

DATED: 03/05/2015

By:_____
Honorable Judge Samuel Conti

*[proposed] Order to Continue and Reschedule Case Management Conference*     1