Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Melva A. Gamez Urias,<br><br>Defendant. | CASE NO. 3:14-cv-03941-SC<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MELVA A. GAMEZ URIAS A/K/A MELVA A. GAMEZ, individually and d/b/a EL MEXICANO BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MELVA A. GAMEZ URIAS A/K/A MELVA A. GAMEZ, individually and d/b/a EL MEXICANO BAR, that the above-entitled action is hereby dismissed **without prejudice** against MELVA A. GAMEZ URIAS A/K/A MELVA A. GAMEZ, individually and d/b/a EL MEXICANO BAR and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 6, 2015, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

STIPULATION OF DISMISSAL
Case No. 3:14-cv-03941-SC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  May 20, 2015          *s/Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.

Dated:  April 30, 2015        *s/Matthew A. Pare*
                              **LAW OFFICES OF MATTHEW A. PARE, APC**
                              By: Matthew A. Pare, Esquire
                              Attorneys for Defendant
                              MELVA A. GAMEZ URIAS A/K/A MELVA A. GAMEZ,
                              individually and d/b/a EL MEXICANO BAR

**IT IS SO ORDERED**:

[signature]                                  Dated:  May 22, 2015

**The Honorable Samuel Conti**
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
**Case No. 3:14-cv-03941-SC**
**PAGE 2**